1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorney

5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: john.hemann@usdoj.gov

8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. 4-12-70753-MAG
                                     )
15       Plaintiff,                  )    STIPULATION AND ORDER
                                     )    CONTINUING THE PRELIMINARY
16       v.                          )    HEARING/ARRAIGNMENT AND
                                     )    EXTENDING TIME PURSUANT TO FED.
17  CHANG PARK,                      )    R. CRIM. P.  5.1 AND 18 U.S.C. § 3161(h)
                                     )
18       Defendant.                  )
                                     )
19  _____)

20       The parties, by and through counsel, stipulate and agree as follows:

21       1.  The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until October 24,

22  2012.

23       2.  Counsel for the United States and the defendant wish to exchange certain information,

24  and to meet and confer prior to the time of Indictment to discuss a potential resolution of the

25  case.  Counsel for the defendant believes based on the charge alleged in the Complaint that it is

26  in the best interest of the defendant to obtain further information, consult with the defendant, and

27  meet with the government prior to Indictment; counsel for the government believes that it is in

28  the interests of justice to do so.  The parties agree that extending the time limits of Rule 5.1

STIPULATION AND ORDER
Case No. 4-12-70753-MAG

1   serves the ends of justice and outweighs the interests of the public and the defendant in a speedy

2   trial, and that failing to extend the time limits would deny counsel for the government and the

3   defendant the reasonable time necessary for effective preparation, taking into account the

4   exercise of due diligence.  18 U.S.C. § 3161(h)(7).

5           3.  The next court appearance in this case shall be October 24, 2012, at 9:30 am before

6   the duty magistrate in Oakland, for preliminary hearing or indictment.  The parties may seek

7   further extension of the time limits in Rule 5.1(c) by stipulation.

8           SO STIPULATED AND AGREED,

9

10  DATED: September 24, 2012               MELINDA HAAG
                                           United States Attorney
11
                                             /s/
12                                         _____
                                           JOHN H. HEMANN
13                                         Assistant United States Attorney

14

15                                           /s/
    DATED: September 24, 2012             _____
16                                         GARRICK LEW
                                           Counsel for Chang Park
17

18                                  **ORDER**

19          Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), the Preliminary

20  Hearing/Arraignment previously scheduled on September 25, 2012 at 9:30 a.m. before

21  Magistrate Judge Donna M. Ryu has been continued to October 24, 2012 at 9:30 a.m. before

22  Magistrate Judge Kandis A. Westmore.

23

24  IT IS SO ORDERED.

25

26  DATED:  9/24/12                        _____
                                           DONNA M. RYU
27                                         United States Magistrate Judge

28

STIPULATION AND ORDER
Case No. 4-12-70753-MAG