GARRICK S. LEW (SBN 61889)
Law Offices of Garrick S. Lew
1000 Brannan Street, Suite 488
San Francisco, CA 94103-4888
Telephone: (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
CHANG PARK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>CHANG PARK,<br><br>          Defendant. | CR 4-12-70753 MAG<br><br>STIPULATION AND [Proposed]<br>ORDER CONTINUING THE<br>PRELIMINARY HEARING/<br>ARRAIGNMENT AND EXTENDING<br>TIME PURSUANT TO FED. R.CRIM.<br>P. 5.1 AND 18 U.S.C. §3161 (H) |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until November 13, 2012.

2. Counsel for the United States and the defendant are in the process of exchanging certain information, and have continued to meet and confer prior to proceeding to Indictment to discuss a possible resolution of the case.  Counsel for the defendant believes based on the charge alleged in the Complaint that it is in the best interest of the defendant to obtain further information, consult with the defendant, and continue to meet with the government prior to Indictment to discuss settlement; counsel for the government believes that it is in the interests of justice to do so. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweighs

the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

3. The next court appearance in this case shall be November 13, 2012, at 9:30 a.m. before the duty magistrate in Oakland, for preliminary hearing or indictment. The parties may seek further extension of the time limits in Rule 5.1(c) by stipulation.

SO STIPULATED AND AGREED,

DATED: October 22, 2012

MELINDA HAAG
United States Attorney

/s/
_____
JOHN H. HEMANN
Assistant United States Attorney

DATED: October 22, 2012

/s/
_____
GARRICK S. LEW
Counsel for Chang Park

**ORDER**

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), the Preliminary Hearing/Arraignment previously scheduled on October 24, 2012 at 9:30 a.m. is continued to November 13, 2012 at 9:30 a.m. before the duty Magistrate.

IT IS SO ORDERED.

DATED: 10/23/12

_Kandis Westmore_
_____
KANDIS A. WESTMORE
United States Magistrate Judge

*United States v. Park* CR 04-12-70753 MAG
Stipulation to Continue, Proposed Order                    2