GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Chang Park

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-12-70753-MAG |
| Plaintiff, | STIPULATION FOR TRAVEL ORDER and TRAVEL ORDER |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash deposit signed by both of his parents. His travel is restricted within the state of California.

Mr. Park is a Director of Teviot Resources Pty Ltd. an Australian resource company involved in global commodity trading. Teviot has business meetings scheduled in Hong Kong and Seoul, Korea during the last week of November continuing through December 14, 2012. Mr. Park's attendance at these meetings is essential to pending business opportunities which Teviot has material interests.

Mr. Park has provided pretrial services and government counsel with information regarding Teviot, the purpose of the proposed business trip and his travel itinerary. Neither the government or pretrial services objects to the proposed travel.

Defendant requests permission of the court to travel to Hong Kong on or about November 26, 2012 then to Seoul, Korea on November 30, 2012 returning to Los Angeles, California on December 16, 2012. Prior to departure defendant will provide his pretrial services officer and government counsel with a copy of his proposed travel schedule, hotel reservations in Hong Kong, his grandmother's

1  residence and phone number where he will reside while in Seoul, Korea and his airline reservations and
2  prepaid return ticket.
3        THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be
4  granted permission to travel internationally outside the Northern District of California to Hong Kong
5  and Seoul, Korea for business, from November 26, 2012 through December 16, 2012.
6  Dated:  November 14, 2012

9  Garrick Lew
   Attorney for Defendant CHANG PARK

11  Dated:  November 14, 2012
12     /s/
13  John Hemann
   United States Attorney

*United States v. Park Chang, No. CR12-70753-MAG*
Travel Order     2

1
2
3
4
5
6
7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. CR-12-70753-MAG
                                       )
12              Plaintiff,             )
                                       )   TRAVEL ORDER
13       vs.                           )
                                       )
14  CHANG PARK,                        )
                                       )
15              Defendant.             )
                                       )
16

17       Good cause appearing and pursuant to the parties stipulation;

18       IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Hong Kong

19  and Seoul, Korea for business, from November 26, 2012 through December 16, 2012.

20       IT IS FURTHER ORDERED that prior to departing the United States defendant's passport be

21  returned to defendant and that defendant provide government counsel and his pretrial services officer

22  with copies of his travel schedule, hotel reservations in Hong Kong, his grandmother's residence and

23  phone number in Seoul, Korea, where defendant shall stay, and his airline reservations and prepaid

24  return ticket and that defendant surrender his passport to Pretrial Services within 2 business days of his

25  return to the United States.

26  DATED:  11/21/2012

27                                         _____
                                           Honorable Donna Ryu
28                                         United States Magistrate Judge

*United States v. Park Chang, No. CR12-70753-MAG*
Travel Order                                                                                         3