1 │ GARRICK S. LEW (SBN 61889)
  │ Law Offices of Garrick S. Lew
2 │ 1000 Brannan Street, Suite 488
  │ San Francisco, CA 94103-4888
3 │ Telephone: (415) 575-3588
  │ Facsimile:  (415) 522-1506
4 │ gsl@defendergroup.com

5 │ Attorney for Defendant
  │ CHANG PARK

6

7

8                  UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 │ UNITED STATES OF AMERICA,          )      CR 4-12-70753 MAG
                                        )
13 │              Plaintiff,            )      STIPULATION TO CONTINUE
                                        )      HEARING AND [PROPOSED]
14 │     vs.                            )       ORDER EXTENDING TIME
                                        )      PURSUANT TO FED. R. CRIM. P. 5.1
15 │ CHANG PARK,                        )      AND 18 U.S.C. § 3161(H)
                                        )
16 │              Defendant.            )
                                        )
17 │ ─────────────────────────────────── )

18        THE PARTIES HEREBY STIPULATE AND AGREE as follow:

19        1.  The time limits in Federal Rule Criminal Procedure 5.1(c) shall be extended to and

20 │ until April 12, 2013.

21        2.  Counsel for the United States and defendant are still in the process of exchanging

22 │ information and discussing a proposed resolution of the case prior to Indictment.  Counsel for

23 │ defendant believes it is in the best interest of defendant to seek early resolution of the case and

24 │ requires additional time to obtain further information, consult with defendant and meet with the

25 │ government and counsel for the government believes that it is in the best interest of justice to do

26 │ so.

27        3.  The parties agree that extending the time limits of Rule 5.1 serves the ends of justice

28

*United States v. Park* CR 04-12-70753 MAG
Stipulation and [Proposed] Order          1

1   and outweighs the interests of the public and the defendant in a speedy trial, and that failing to

2   extend the time limits would deny counsel for defendant and the government the reasonable time

3   necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

4   3161(h)(7).

5        4.  The next court appearance in this case shall be April 12, 2013, at 9:30 am before the

6   duty magistrate in Oakland, for preliminary hearing or indictment.  The parties may seek further

7   extension of the time limits in Rule 5.1(c) by stipulation.

8        SO STIPULATED AND AGREED.

9

10  Dated:  March 20, 2013                    /s/

11                                         _____
                                           Garrick S. Lew
12                                         Attorney for Chang Park

13

14  Dated:  March 20, 2013          MELINDA HAAG
                                    United States Attorney
15

16                                         /s/

17                                         _____
                                           John Hemann
18                                         Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28
    *United States v. Park* CR 04-12-70753 MAG
    Stipulation and [Proposed] Order          2

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,            )      CR 04-12-70753 MAG
                                         )
13                      Plaintiff,       )      [PROPOSED] ORDER
                                         )      APPROVING CONTINUATION
14      vs.                              )      OF STATUS CONFERENCE
                                         )
15  CHANG PARK,                          )
                                         )
16                      Defendant.       )
                                         )
17  _____  )

18                          [PROPOSED] ORDER

19          Good cause appearing;

20          IT IS HEREBY ORDERED pursuant to stipulation of the parties and Federal Rule of

21  Criminal Procedure 5.1, and 18 U.S.C. § 3161(h)(7), the status conference scheduled for March

22  22, 2013 is  continued to April _12_ , 2013 at 9:30 a.m.

23

24  DATED:  March _21_, 2013

25                                      _Kandis Westmore_____
26                                      United States Magistrate Judge

27

28
    *United States v. Park* CR 04-12-70753 MAG
    Order Continuing Status Conference              3