1 GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
2 1000 Brannan Street, Suite 488
San Francisco, CA 94103
3 Telephone:  (415) 575-3588
Facsimile:  (415) 522-1506
4 gsl@defendergroup.com

5 Attorney for Defendant Chang Park

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-12-70753-MAG |
| Plaintiff, | STIPULATION FOR TRAVEL ORDER and [~~PROPOSED~~] TRAVEL ORDER |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash deposit signed by both of his parents.  His travel is restricted within the state of California.

Mr. Park is a Director of Teviot Resources Pty, Ltd., an Australian resource company involved in global commodity trading.  Teviot has business meetings scheduled in Seoul, Korea and Hong Kong during mid-April continuing through the beginning of May in 2013.  Mr. Park's attendance at these meetings is essential to pending business opportunities for Teviot.

Mr. Park has provided pretrial services and government counsel with information regarding Teviot, the purpose of the proposed business trip and his travel itinerary.  Neither the government or pretrial services objects to the proposed travel.

Defendant requests permission of the court to travel to Hong Kong on or about April 15, 2013, then to Seoul, Korea on April 17, 2013, then returning to Los Angeles on May 3, 2013.

Prior to departure, defendant will provide his pretrial services officer and government counsel with a copy of his proposed travel schedule, hotel reservations and his local residence accommodations

1  and phone number where he can be reached while on travel and his airline reservations and prepaid
2  return ticket.
3      THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be
4  granted permission to travel internationally outside the Northern District of California to Hong Kong
5  and Seoul, Korea for business, from April 15, 2013 through May 3, 2013.
6  Dated: April 3, 2013

Garrick Lew
Attorney for Defendant CHANG PARK

11 Dated: April 5, 2013

　　　　　/S/
_____
John Hemann
United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-12-70753-MAG |
| Plaintiff, | ) ) | |
| vs. | ) ) | [~~PROPOSED~~] TRAVEL ORDER |
| CHANG PARK, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Hong Kong and Seoul, Korea for business, from April 15, 2013 through May 3, 2013.

IT IS FURTHER ORDERED that prior to departing the United States pretrial services release defendant's passport to defendant and that defendant provide government counsel and his pretrial services officer with copies of his travel schedule, hotel reservations in Hong Kong and Seoul, Korea, his grandmother's residence and phone number in Seoul, Korea, where defendant shall stay, and his airline reservations and prepaid return ticket and that defendant surrender his passport back to Pretrial Services within two (2) business days of his return to the United States.

DATED: 4/10/13

*Kandis Westmore*
Honorable Kandis A. Westmore
United States Magistrate Judge