1  GARRICK S. LEW (State Bar No. 61889)
   Law Offices of Garrick S. Lew & Associates
2  1000 Brannan Street, Suite 488
   San Francisco, CA 94103
3  Telephone: (415) 575-3588
   Facsimile: (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant Chang Park

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,            )  Case No. CR-12-70753-MAG
11                                      )
                    Plaintiff,          )  STIPULATION FOR TRAVEL ORDER
12                                      )  and [PROPOSED] TRAVEL ORDER
        vs.                             )
13                                      )
   CHANG PARK,                          )
14                                      )
                    Defendant.          )
15 _____ )

16     Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash

17 deposit signed by both of his parents. His travel is restricted within the state of California.

18     Mr. Park is a Director of Teviot Resources Pty, Ltd., an Australian resource company involved

19 in global commodity trading. Teviot has business meetings scheduled in Seoul, Korea and Hong Kong

20 during June in 2013. Mr. Park's attendance at these meetings is essential to pending business

21 opportunities for Teviot.

22     Mr. Park has provided pretrial services and government counsel with information regarding

23 Teviot, the purpose of the proposed business trip and his travel itinerary. U.S. Pretrial Services Officer

24 Matthew Markowski has advised that Mr. Park has been in full compliance while on pretrial release.

25 The government has no objection to the proposed travel.

26     Defendant requests permission of the court to travel to Hong Kong on or about June 2, 2013,

27 then to Seoul, Korea on June 5, 2013, then returning to Los Angeles on June 21, 2013.

28

1    Prior to departure, defendant will provide his pretrial services officer and government counsel
2 with a copy of his proposed travel schedule, hotel reservations and his local residence accommodations
3 and phone number where he can be reached while on travel and his airline reservations and prepaid
4 return ticket.

5    THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be
6 granted permission to travel internationally outside the Northern District of California to Hong Kong
7 and Seoul, Korea for business, from June 2, 2013 through June 21, 2013.

8 Dated: May 20, 2013

Garrick Lew
Attorney for Defendant CHANG PARK

13 Dated:

/s/
_____
John Hemann
United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-12-70753-MAG |
| Plaintiff, | ) | |
| | ) | [PROPOSED] TRAVEL ORDER |
| vs. | ) | |
| CHANG PARK, | ) | |
| Defendant. | ) | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Hong Kong and Seoul, Korea for business, from June 2 through June 21, 2013.

IT IS FURTHER ORDERED that prior to his departing the United States, pretrial services release defendant's passport to defendant for purposes of business travel. Defendant shall provide government counsel and his pretrial services officer with copies of his travel schedule, hotel reservations in Hong Kong and Seoul, Korea, and phone number in Seoul, Korea, where defendant shall stay, and his airline reservations and prepaid return ticket. Defendant shall surrender his passport back to Pretrial Services within two (2) business days of his return to the United States.

DATED: 5/24/13

_____
Honorable Kandis Westmore
United States Magistrate Judge