GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Chang Park

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-12-70753-MAG |
| Plaintiff, | STIPULATION FOR TRAVEL ORDER and [~~PROPOSED~~] TRAVEL ORDER |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash deposit signed by both of his parents.  His travel is restricted within the state of California.

Mr. Park is a Director of Teviot Resources Pty, Ltd., an Australian resource company involved in global commodity trading.  Teviot has business meetings scheduled in Seoul, Korea and Hong Kong during mid-August continuing through September 10, 2013.  Mr. Park's attendance at these meetings is essential to pending business opportunities for Teviot.

Mr. Park has provided pretrial services and government counsel with information regarding Teviot, the purpose of the proposed business trip and his travel itinerary.  The government does not oppose the proposed travel. Mr. Park has been granted four previous international business travel orders and has complied with all travel and pretrial services terms without incident. Mr. Park has discussed the August-September proposed travel with his Pretrial Services officer Matthew Markowski in the Central District of California.

1     Defendant requests permission of the court to travel to Seoul, Korea and Hong Kong on August
2 17, 2013, then return to Los Angeles on September 10, 2013.

3     Prior to departure, defendant will provide his pretrial services officer and government counsel
4 with a copy of his proposed travel schedule, hotel reservations, local residence accommodations, phone
5 number and email address where he can be reached while on travel and copies of his airline reservations
6 and prepaid return ticket.

7     THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be
8 granted permission to travel internationally outside the Northern District of California to Seoul, Korea
9 and Hong Kong for business, from August 17, 2013 through September 10, 2013.

10 Dated: July 29, 2013

13     Garrick Lew
    Attorney for Defendant CHANG PARK

15 Dated:  July 29, 2013

16     /S/
    _____
17     John Hemann
    United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-12-70753-MAG |
| Plaintiff, ) | |
| ) | [PROPOSED] TRAVEL ORDER |
| vs. ) | |
| CHANG PARK, ) | |
| Defendant. ) | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Seoul, Korea and Hong Kong for business, from August 17, 2013 through September 10, 2013.

IT IS FURTHER ORDERED that prior to departing the United States pretrial services release defendant's passport to defendant and that defendant provide government counsel and his pretrial services officer with copies of his travel schedule, hotel reservations in Seoul, Korea and Hong Kong his cell phone number and email address and copies of his airline reservations and prepaid return ticket prior to departure.  Defendant shall surrender his passport back to Pretrial Services within two (2) business days of his return to the United States.

DATED: 8/1/13

Honorable Kandis A. Westmore
United States Magistrate Judge